(125 So. 791)
## ALFORD v. STATE. (4 Div. 551.)

Court of Appeals of Alabama. Jan. 21, 1930.

SAMFORD, J. Defendant was convicted on a charge of possessing whisky and appeals.

The bill of exceptions is not signed and approved as is required by law. There is therefore no legal bill of exceptions.

The record appears regular and the judgment is affirmed.

Affirmed.